UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LUCIANO SANTIAGO,

                Plaintiff,

      -against-

MAKSUD AGADJANI, *et al.*,

                Defendants.
---------------------------------------------------------X

**REPORT AND**
**RECOMMENDATION**
21 CV 07090 (KAM) (CLP)

**POLLAK**, Chief United States Magistrate Judge:

      On August 15, 2019, plaintiff Luciano Santiago commenced this action in the Supreme Court of the State of New York, Queens County. (Notice Removal[1] ¶ 1). In his complaint, plaintiff alleges that defendant Maksud Agadjani, who is the principal of the defendant corporation Trax NYC Corp., falsely reported to police that plaintiff, who worked as a jewelry salesman for defendants, stole from defendants. (Id. ¶ 3). Plaintiff was subsequently arrested and criminally charged with larceny, which the New York County Criminal Court later dismissed. (Id.)

      In 2021, plaintiff amended his Complaint to, among other things, add a claim under 42 U.S.C. § 1983. (Id. ¶¶ 8-10). On December 22, 2021, defendants removed the action to this Court. (ECF No. 1).

      On March 4, 2022, plaintiff filed the instant motion seeking a "Gag Oder" against defendant Agadjani to enjoin him from publishing posts on social media that derogatorily referred to the plaintiff and Ordering Agadjani to remove earlier published posts. (ECF No. 11). On March 7, 2022, the District Court referred the motion to the undersigned to issue a Report

---

[1] Citations to "Notice Removal" refer to the Notice of Removal Under 28 U.S.C. § 1441(b) (Federal Question) filed by defendants on December 22, 2021, ECF No. 1.

1

and Recommendation.

Local Rule 7.1 of the Rules of the Eastern District of New York require that any person seeking to file a motion must submit a notice of motion "specifying the applicable rules or statutes pursuant to which the motion is brought," supporting affidavits and exhibits "containing any factual information and portions of the record necessary for the decision of the motion[,]" and a memorandum of law "setting forth the cases and authorities relied upon in support of the motion." See United States Dist. Ct. Rules S. & E.D.N.Y., Civ R. 7.1(a), available at, https://www.nyed.uscourts.gov/content/local-rules-effective-october-15-2021. Here, plaintiff has simply filed a four-page letter submission and, while plaintiff has indicated his intention to file exhibits with the Court, he has not supplied a supporting affidavit. Thus, plaintiff's papers are deficient under Rule 7.1(a) subsections (1), (2) and (3). Plaintiff has not filed a memorandum of law and in his letter, plaintiff has failed to indicate a single authority that supports his request or authority indicating that this Court may prevent a private individual from engaging in the speech alleged to have occurred here. Thus, the Court respectfully recommends that the District Court deny plaintiff's motion for injunctive relief without prejudice to refile a motion that includes a notice of motion, supporting affidavit, and memorandum of law and otherwise complies with this District's Local Rules.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a), (e) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal the District Court's order. See, e.g., Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008) (explaining that "failure to object timely to a . . . report [and recommendation] operates as a waiver of any further judicial review of the

magistrate [judge's] decision").

The Clerk is directed to send copies of this Report and Recommendation to the parties either electronically through the Electronic Case Filing system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
March 9, 2022

/s/ Cheryl L. Pollak
Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York