# THE LAW OFFICES OF
# ALLAN W. JENNINGS, JR., ESQ.
### ATTORNEYS AT LAW
**42-40 Bell Boulevard, Suite 601, Bayside, NY 11361**
**32 Bond Street, Westbury, NY 11590**
**263 Tresser Boulevard, Stamford, CT 06901**
**(917) 692-9790 (203) 290-0848**
E-mail: JENNINGSLAWS@GMAIL.COM

**Hon. Allan W. Jennings, Jr.,**
(NYC Council 2002-2006) = &*☆! $ #

= Admitted in US Court of Appeals 2nd Circuit
& Admitted in US Court of Appeals 11th Circuit
*Admitted in Connecticut
%Admitted in Florida
†Admitted in New Jersey
**Admitted in New York
☆Admitted in US District of Connecticut
! Admitted in US Eastern District of New York
$ Admitted in US Southern District of New York
# Officer in US Coast Guard Auxiliary

**OF COUNSEL**

Joseph R. Bongiorno**†!$
Christopher Brenes*
Grant Lally*☆**!$
Michael Mossa **%!
John J. Napolitano**!$
Dennis J. Ring **!$

---

December 22, 2023

The Honorable Cherlyl L. Pollack
United States Magistrate Judge
United States District Court for
the Eastern District of New York
225 Cadman Plaza East, Courtroom 13B-South
Brooklyn, NY 11201

    **RE:** <u>Santiago v. Agadjani, et al., 1:21cv-07090-KAM-CLP</u>

Dear Honorable Pollack, Justice

    I am in receipt of the ECF filing by the defendant's attorneys received today requesting permission to withdraw as counsel. I respectfully oppose their request. If this request is granted the result would be **chaos** and further proceedings will be a **"Three Ring Circus"**.

    As the court is aware the case was reported as settled on October 31, 2023, at the last court hearing. The Defendant's attorneys represented that there was a positive **meeting of the minds** and their client agreed to the settlement amount. Approximately a week later the parties agreed on the structured payment terms.

    Just before Thanksgiving, Mr. Scott Himes, Esq. (the defendants' attorney) and I drafted together the settlement agreement, the Cheek's agreement and confession of judgements. The plaintiff on December 7, 2023, signed the settlement agreement, which was transmitted to the defendant's attorneys immediately.

    We have been patiently waiting for the defendants to transmit back to us the full executed settlement agreement along with the executed confession of judgements since December 7,2023. As the court is aware in the interim, we were trying to persuade the court to allow the settlement

**PLEASE RESPOND TO THE BAYSIDE, NY OFFICE**

agreement to be confidential.

After many months, days and hours of serious legal work of the attorneys of both parties, the defendant Maksud Agadjani now unreasonably seeks to terminate his counsel and proceed Pro-se. The plaintiff strongly opposes defendants' counsel withdrawal and request that the court have an in-person hearing on the matter requiring all parties to attend in person.

The plaintiff further requests that the plaintiff be granted leave to compel sanctions on the defendants to pay for attorney's fees for all legal work that took place from the settlement hearing on October 31, 2023, until now and that the defendants pay for all of the plaintiff's cost and legal fees going forward, including depositions and trial cost regardless of outcome.

Respectfully submitted,
_____S_____
Allan W. Jennings, Jr., Esq.

**PLEASE RESPOND TO THE BAYSIDE, NY OFFICE**